IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDEN KEITH MANLEY,**
**ADC #655034**                                                                                        **PLAINTIFF**

v.                                         **4:09CV00838BSM/HLJ**

**BANK OF AMERICA, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 9th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE